UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LANE<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON ENTERPRISES, LLC<br><br>Defendant. | CASE NO. No. 22-CV-06077-KAW<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION** |

- 1 -

**ORDER**

Having reviewed and considered the Joint Stipulation to Dismiss the Entire Action submitted by Plaintiff Matthew Lane and Defendant Ferguson Enterprises, LLC and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1. The entire action is dismissed, including dismissal of Plaintiff's individual claims with prejudice and the class action claims without prejudice.

**IT IS SO ORDERED.**

Dated: March 17, 2023

_____
Hon. Kandis A. Westmore
UNITED STATES DISTRICT JUDGE